**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **YOLANDA VARGAS HERNANDEZ** | **CIVIL DOCKET NO. 6:26-CV-0378** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **PAMELA BONDI ET AL** | **MAGISTRATE JUDGE MARK L. HORNSBY** |

## ORDER

Considering Petitioner Yolanda Vargas Hernandez's NOTICE OF VOLUNTARY DISMISSAL (the "Motion") [DOC. 6];

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] filed by Petitioner Yolanda Vargas Hernandez is hereby DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers on this 2nd day of July 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE